IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DION CRAIG, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-04-3929 |
| § | |
| AMERIQUEST MORTGAGE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

As the Court has granted Defendant Ameriquest Mortgage Company's Motion for Summary Judgment the Court hereby

ORDERS that final judgment be entered.  Plaintiff Dion Craig's claims against Defendant are DISMISSED.  Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 4th day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge